JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MORRIS,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, INC.; and DOES 1-50, Inclusive,<br><br>    Defendants. | Case No. 8:14-cv-00549-CJC(DFMx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 8:14-cv-00549-CJC(DFMx), is dismissed in its entirety as to all defendants, without prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter through the date of the parties' stipulation.

Dated: April 22, 2014

_____
United States District Court Judge